**Molly K. Honoré, OSB #125250**
MollyHonore@MarkowitzHerbold.com
**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

**Lori Chang,** *Pro Hac Vice*
ChangL@GTLaw.com
**Ian C. Ballon,** *Pro Hac Vice*
Ballon@GTLaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:  (310) 586-3882

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARD EIGHT NUTRITION LLC,<br><br>Defendant. | Case No. 6:25-cv-00144-AA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to LR 83-11(b), defendant Hard Eight Nutrition LLC notifies the Court and the parties that Chad M. Colton hereby withdraws as counsel of record for defendant, and Molly K. Honoré and Stanton R. Gallegos are hereby substituted on

**Page 1 –**    **NOTICE OF SUBSTITUTION OF COUNSEL**

behalf of Mr. Colton.  Lori Chang and Ian C. Ballon of Greenberg Traurig, LLC remain counsel

of record *pro hac vice* for defendant.

All further papers, pleadings, and communications directed to defendant should include

the following:

Molly K. Honoré, OSB #125250
MollyHonore@MarkowitzHerbold.com
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105

The following attorney consents to being substituted:

*s/ Chad M. Colton*
Chad M. Colton, OSB #065774
CColton@PerkinsCoie.com

DATED:  April 27, 2026.          MARKOWITZ HERBOLD PC

*s/ Molly K. Honoré*
Molly K. Honoré, OSB #125250
MollyHonore@MarkowitzHerbold.com
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
*Attorneys for Defendant*

2443270.1

**Page 2 –      NOTICE OF SUBSTITUTION OF COUNSEL**