**Molly K. Honoré, OSB #125250**
MollyHonore@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

**Lori Chang,** *Pro Hac Vice*
ChangL@GTLaw.com
**Ian C. Ballon,** *Pro Hac Vice*
Ballon@GTLaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:  (310) 586-3882

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>    v.<br><br>HARD EIGHT NUTRITION LLC,<br><br>                    Defendant. | Case No. 6:25-cv-00144-AA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to LR 83-11(b), defendant Hard Eight Nutrition

LLC notifies the Court and the parties that Stanton R. Gallegos hereby withdraws as counsel of

record for defendant.  Molly K. Honoré remains counsel of record for defendant.  Lori Chang

**Page 1 –**     **NOTICE OF WITHDRAWAL OF COUNSEL**

and Ian C. Ballon of Greenberg Traurig, LLC remain counsel of record *pro hac vice* for

defendant.

All further papers, pleadings, and communications directed to defendant should include

the following:

Molly K. Honoré, OSB #125250
MollyHonore@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105

DATED:  June 12, 2026.          MARKOWITZ HERBOLD PC


*s/ Molly K. Honoré*
Molly K. Honoré, OSB #125250
MollyHonore@MarkowitzHerbold.com

GREENBERG TRAURIG, LLP

Lori Chang, *Pro Hac Vice*
ChangL@GTLaw.com
Ian C. Ballon, *Pro Hac Vice*
Ballon@GTLaw.com

*Attorneys for Defendant Hard Eight Nutrition LLC*

**Page 2 –       NOTICE OF WITHDRAWAL OF COUNSEL**